IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION



UNITED STATES OF AMERICA
for the use and benefit of
HAMPTON ROADS MECHANICAL CONTRACTORS, INC.,

Plaintiff,

vs.                                                            CIVIL ACTION NO.: 2:07cv444

THE WHITING-TURNER CONTRACTING COMPANY

and

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

and

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

WILL THE CLERK OF THE COURT please note the dismissal with prejudice of the

above captioned lawsuit in its entirety based upon the stipulation, as evidenced by the signatures

of their respective counsel below, that the parties have settled their dispute.

Let the Clerk send an attested copy of this Order to all counsel of record.

IT IS SO ORDERED.

ENTERED: 12/20/07

/s/
Walter D. Kelley, Jr.
United States District Judge
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

1

We Ask For This:

_____

Counsel for
WHITING-TURNER CONSTRUCTION CO.
FIDELITY AND DEPOSIT COMPANY OF MARYLAND
And TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA


S. Sadiq Gill, Esquire (VSB No.: 30835)
VANDEVENTER BLACK LLP
Eighth & Main Building
707 East Main Street, Suite 1700
Post Office Box 1558
Richmond, Virginia  23218-1558
Telephone:  (804) 237-8800
Facsimile:   (804) 237-8801

_____

Counsel for
UNITED STATES OF AMERICA
for the use and benefit of
HAMPTON ROADS MECHANICAL CONTRACTORS, INC.

Benjamin A. Hubbard, Esquire (VSB No.:  14502)
David A. Hearne, Esquire (VSB No.: 28674)
Outland, Gray, O'Keefe & Hubbard'
112 Coastal Way
Chesapeake, VA  23320
Telephone:  (757) 547-0171
Facsimile:   (757) 436-9446

2